FILED
JUN 10 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-362-PMP (PAL) |
| JEFF EDRINGTON, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On December 3, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 2253(a)(1), (a)(2), and (a)(3), based upon the plea of guilty by defendant JEFF EDRINGTON to a criminal offense, forfeiting specific property alleged in the Criminal Indictment, the Plea Memorandum, and the Bill of Particulars and shown by the United States to have a requisite nexus to the offense to which defendant JEFF EDRINGTON pled guilty. Docket #1, #13, #18, #19, #21.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law from December 8, 2010, through to January 6, 2011, via the official government internet forfeiture site, www.forfeiture.gov, notifying all known third parties of their right to petition the Court. #22.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1), (a)(2), and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a) any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received, computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained;

b) Emachine Computer Tower, Serial Number QAW4C80302884; and

c) iPod, Serial Number 8K749EJTYMU.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___10th___ day of ___June___, 2011.

_____
UNITED STATES DISTRICT JUDGE